Peter L. Kaufman, FL Bar No. 0548421
LEVIN, PAPANTONIO, THOMAS,
 MITCHELL, ECHSNER & PROCTOR, P.A.
316 South Baylen Street, Suite 600 (32502)
PO Box 12308
Pensacola, FL 32591
Telephone: (850) 435-7107
Facsimile: (850) 435-7020
Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case Specific Number: 06-3365<br><br>**MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| KATHLEEN WAGNER,<br><br>　　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>PFIZER, INC., et al.,<br><br>　　　　　　　　　Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, KATHLEEN WAGNER, and Defendants, PFIZER, INC., et al., by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

DATED: February 17, 2009        LEVIN, PAPANTONIO, THOMAS, MITCHELL,
                                             ECHSNER & PROCTOR, P.A.

                                         By: _____
                                               Peter L. Kaufman
                                             Attorneys for Plaintiff

DATED: August 6, 2009        GORDON & REES

                                         By: _____/s/_____
                                             Stuart M. Gordon
                                             Attorneys for Defendants


**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: AUG 1 7 2009        _____
                                       Hon. Charles R. Breyer
                                       United States District Court